## G. PATRICIA ELLIOTT *v.* ARTHUR L. ELLIOTT
### (12497)

FOTI, LANDAU and HEIMAN, Js.

Argued May 5—decision released May 31, 1994

*Kurt Siuzdak,* with whom, on the brief, was *Judith A. Busch,* for the appellant (plaintiff).

*Edward G. Fitzpatrick,* with whom was *Jayne Elser Welch,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.